# Exhibit 2

Please note, we do not print single items. Happy Halloween



[aka]

Home    Request a Quote    About Us    Products

Home > David Bowie Prayer Candle



Modified: 08 Nov 2024   Screenshot: 08 Nov 2024 11:04:37

# David Bowie Prayer Candle

## €9,95

by Mr Sticker

Type: Candles

Quantity
1

**Add to Cart**

PayPal

More payment options

✓ Pickup available at **3919 Illinois Street**
Usually ready in 24 hours

View store information



Please note, we do not print single items. Happy Halloween

Home  ›  David Bowie Prayer Candle



Modified: 08 Nov 2024    Screenshot: 08 Nov 2024 11:04:37

## David Bowie Prayer Candle
## €9,95

by Mr Sticker
Type: Candles

Quantity
1

Add to Cart

PayPal

More payment options

✓ Pickup available at **3919 Illinois Street**
Usually ready in 24 hours

